# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

JOHN TRUSCHKE,

    Plaintiff,

v.

NURSE CHANEY, et al.,

    Defendants.

CIVIL ACTION NO.: 5:17-cv-93

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 9, 2018, Report and Recommendation, dkt. no. 8, to which Plaintiff filed Objections, dkt. no. 9.[1] The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims for deliberate indifference to medical needs as to Defendants Augustin and Chaney's failure to release Plaintiff's medical records. The Court also **DISMISSES** Plaintiff's claims against Defendants Hall,

---

[1] Plaintiff's Objections are largely a reiteration of the claims from his Complaint. The Magistrate Judge appropriately analyzed and addressed those arguments in his Report and Recommendation. Additionally, it appears Plaintiff misunderstands the contents of the Report and Recommendation. Plaintiff appears to believe that all claims against Defendants Chaney and Augustin have been dismissed. This is not the case. As noted herein, several of Plaintiff's claims remain pending.

Andrews, Preston, Blaine, Bages, Stewart, and Stone in their entirety. The Court further **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his claims against Defendants Hall, Andrews, Preston, Blaine, Bages, Stewart, and Stone.

Plaintiff's claims that Defendants Augustin, Chaney, and Bell were deliberately indifferent to his medical needs and that Defendant Bell exercised deliberate indifference as to a condition of his confinement are the only remaining claims in this case.

**SO ORDERED**, this 27 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)